UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA


UNITED STATES OF AMERICA      )
                                 )
vs.                               )       No. 1-09-CR-142
                                 )
CARLOS HORNE               )       COLLIER/LEE

## **O R D E R**


Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the three-count Indictment; (2) accept Defendant's plea of guilty to the charge in Count One, that is of conspiracy to knowingly, intentionally and without authority distributing 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B); (3) adjudicate Defendant guilty of the charge in Count One, that is of conspiracy to knowingly, intentionally and without authority distributing 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B); (4) find Defendant shall remain in custody until sentencing in this matter (Court File No. 70). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 70) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment

        is **GRANTED**;

(2)     Defendant's plea of guilty to the charge in Count One, that is of conspiracy to

        knowingly, intentionally and without authority distributing 500 grams or more of a

        mixture and substance containing cocaine, a Schedule II controlled substance, all in

        violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B) is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charge in Count One, that is of

        conspiracy to knowingly, intentionally and without authority distributing 500 grams

        or more of a mixture and substance containing cocaine, a Schedule II controlled

        substance, all in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B);

(4)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

        scheduled to take place on **Thursday, April 8, 2010 at 9:00 a.m.** before the

        Honorable Curtis L. Collier.


**SO ORDERED.**

**ENTER:**


**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**


2